USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/16/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONTRARIAN CAPITAL MANAGEMENT, L.L.C., CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN DOME DU GOUTER MASTER FUND, LP, CONTRARIAN CAPITAL SENIOR SECURED, L.P., CONTRARIAN EM II, LP, CONTRARIAN EMERGING MARKETS, L.P., POLONIUS HOLDINGS, LLC, and CONTRARIAN FUNDS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | Case No. 19 Civ. 11018 [rel. Nos. 19 Civ. 3123 & 18 Civ. 11940] <br><br> Hon. Analisa Torres |

## JUDGMENT

For the reasons stated in this Court's Memorandum Opinion and Order dated October 1, 2020 (Dkt. 74):

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered in favor of the following Plaintiffs and against Defendant in the following amounts:

| Plaintiff | Holding | Overdue Principal | Accrued Coupon Interest Through October 15, 2020 | Accrued Statutory Prejudgment Interest Through October 15, 2020 | Total Owed Through October 15, 2020 |
|---|---|---|---|---|---|
| Polonius Holdings, LLC | 13.625% Notes Due 08/15/2018 | $20,680,000.00 | $8,922,558.33 | $1,076,187.91 | $30,678,746.24 |

| Plaintiff | Holding | Overdue Principal | Accrued Coupon Interest Through October 15, 2020 | Accrued Statutory Prejudgment Interest Through October 15, 2020 | Total Owed Through October 15, 2020 |
|---|---|---|---|---|---|
| Polonius Holdings, LLC | 13.625% RegS Notes Due 08/15/2018 | $25,319,000.00 | $10,924,093.54 | $1,317,601.63 | $37,560,695.17 |
| Polonius Holdings, LLC | 7.00% Notes Due 12/1/2018 | $55,814,000.00 | $13,175,204.78 | $1,710,454.44 | $70,699,659.21 |
| Contrarian Capital Senior Secured, L.P. | 12.75% Notes Due 08/23/2022 | N/A | $71,764.08 | $8,581.89 | $80,345.97 |
| Contrarian Capital Senior Secured, L.P. | 11.75% Notes Due 10/21/2026 | N/A | $539,855.71 | $72,550.92 | $612,406.63 |
| Contrarian Emerging Markets, L.P. | 12.75% Notes Due 08/23/2022 | N/A | $18,893,387.55 | $2,259,359.79 | $21,152,747.34 |
| Contrarian Emerging Markets, L.P. | 9% Notes Due 05/07/2023 | N/A | $455,764.44 | $60,423.91 | $516,188.35 |
| Contrarian Emerging Markets, L.P. | 8.25% Notes Due 10/13/2024 | N/A | $1,301,202.08 | $175,955.92 | $1,477,158.01 |

| Plaintiff | Holding | Overdue Principal | Accrued Coupon Interest Through October 15, 2020 | Accrued Statutory Prejudgment Interest Through October 15, 2020 | Total Owed Through October 15, 2020 |
|---|---|---|---|---|---|
| Contrarian Emerging Markets, L.P. | 11.75% Notes Due 10/21/2026 | N/A | $69,328,473.07 | $9,317,016.10 | $78,645,489.17 |
| Contrarian Emerging Markets, L.P. | 9.25% Notes Due 05/07/2028 | N/A | $762,057.56 | $101,031.36 | $863,088.92 |
| Contrarian Emerging Markets, L.P. | 11.95% Notes Due 08/05/2031 | N/A | $19,165,352.72 | $2,335,894.65 | $21,501,247.37 |
| Contrarian EM II, LP | 12.75% Notes Due 08/23/2022 | N/A | $961,879.27 | $115,026.03 | $1,076,905.30 |
| Contrarian EM II, LP | 9% Notes Due 05/07/2023 | N/A | $61,900.00 | $8,206.52 | $70,106.52 |
| Contrarian EM II, LP | 8.25% Notes Due 10/13/2024 | N/A | $99,776.88 | $13,492.39 | $113,269.27 |
| Contrarian EM II, LP | 11.75% Notes Due 10/21/2026 | N/A | $8,863,211.04 | $1,191,122.15 | $10,054,333.19 |

| Plaintiff | Holding | Overdue Principal | Accrued Coupon Interest Through October 15, 2020 | Accrued Statutory Prejudgment Interest Through October 15, 2020 | Total Owed Through October 15, 2020 |
|---|---|---|---|---|---|
| Contrarian EM II, LP | 9.25% Notes Due 05/07/2028 | N/A | $81,114.79 | $10,753.96 | $91,868.75 |
| Contrarian EM II, LP | 11.95% Notes Due 08/05/2031 | N/A | $41,914.63 | $5,108.60 | $47,023.23 |
| Contrarian Capital Fund I, L.P. | 11.75% Notes Due 10/21/2026 | N/A | $9,095,688.71 | $1,222,364.70 | $10,318,053.41 |
| Contrarian Dome du Gouter Master Fund, LP | 11.75% Notes Due 10/21/2026 | N/A | $2,979,234.04 | $400,377.66 | $3,379,611.70 |

It is FURTHER ORDERED, ADJUDGED, AND DECREED that if this judgment is entered after October 15, 2020, judgment is hereby ordered in favor of Plaintiffs and against Defendant in the following amounts per day following October 15, 2020 until the date which this judgment is entered on the docket of the Court:

| Plaintiff | Holding | Coupon and Prejudgment Interest Accruing Per Day |
|---|---|---|
| Polonius Holdings, LLC | 13.625% Notes Due 08/15/2018 | $9,911.09 |
| Polonius Holdings, LLC | 13.625% RegS Notes Due 08/15/2018 | $12,134.38 |

| Plaintiff | Holding | Coupon and Prejudgment Interest Accruing Per Day |
|---|---|---|
| Polonius Holdings, LLC | 7.00% Notes Due 12/1/2018 | $13,742.82 |
| Contrarian Capital Senior Secured, L.P. | 12.75% Notes Due 08/23/2022 | $80.28 |
| Contrarian Capital Senior Secured, L.P. | 11.75% Notes Due 10/21/2026 | $545.15 |
| Contrarian Emerging Markets, L.P. | 12.75% Notes Due 08/23/2022 | $21,134.91 |
| Contrarian Emerging Markets, L.P. | 9% Notes Due 05/07/2023 | $466.18 |
| Contrarian Emerging Markets, L.P. | 8.25% Notes Due 10/13/2024 | $1,305.64 |
| Contrarian Emerging Markets, L.P. | 11.75% Notes Due 10/21/2026 | $70,008.56 |
| Contrarian Emerging Markets, L.P. | 9.25% Notes Due 05/07/2028 | $779.48 |
| Contrarian Emerging Markets, L.P. | 11.95% Notes Due 08/05/2031 | $21,103.58 |
| Contrarian EM II, LP | 12.75% Notes Due 08/23/2022 | $1,076.00 |
| Contrarian EM II, LP | 9% Notes Due 05/07/2023 | $63.32 |
| Contrarian EM II, LP | 8.25% Notes Due 10/13/2024 | $100.12 |
| Contrarian EM II, LP | 11.75% Notes Due 10/21/2026 | $8,950.16 |
| Contrarian EM II, LP | 9.25% Notes Due 05/07/2028 | $82.97 |

| Plaintiff | Holding | Coupon and Prejudgment Interest Accruing Per Day |
|---|---|---|
| Contrarian EM II, LP | 11.95% Notes Due 08/05/2031 | $46.15 |
| Contrarian Capital Fund I, L.P. | 11.75% Notes Due 10/21/2026 | $9,184.91 |
| Contrarian Dome du Gouter Master Fund, LP | 11.75% Notes Due 10/21/2026 | $3,008.46 |

It is FURTHER ORDERED, ADJUDGED, AND DECREED that postjudgment interest from the date of this judgment will accrue on the amounts listed above at the rate provided by 28 U.S.C. § 1961(a).

SO ORDERED

Dated: October 16, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge

CERTIFIED AS A TRUE COPY ON
THIS DATE __1/12/2021__
BY _____KMango_____
    ( ) Clerk
    (✓) Deputy

6