# LANDIS RATH & COBB LLP
### A LIMITED LIABILITY PARTNERSHIP
### ATTORNEYS AT LAW

919 MARKET STREET, SUITE 1800
P.O. BOX 2087
WILMINGTON, DELAWARE 19899
www.lrclaw.com

Rebecca L. Butcher  
Direct Dial: (302) 467-4415  
Email: butcher@lrclaw.com

Telephone: (302) 467-4400  
Facsimile: (302) 467-4450

April 28, 2023

United States District Court for the District of Delaware
Clerk of the Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

      Re:    *Contrarian Capital Management, L.L.C. et al. v. Bolivarian Republic of Venezuela*; Case Nos. 1:21-mc-00018-UNA; 1:22-mc-00131-UNA; and 1:22-mc-00263-UNA

Dear Clerk of the Court:

    I write as counsel to the Plaintiffs in the above-referenced matters. For purposes of judicial assignment of the above-referenced matters, Plaintiffs believe the following cases pending in this district are related actions:

- *Crystallex International Corp. v. Bolivarian Republic of Venezuela*; Case No. 1:17-mc-00151-LPS;
- *Crystallex International Corp. v. PDV Holding, Inc.*, Case No. 1:15-cv-1082-LPS;
- *Phillips Petroleum Company Venezuela Limited, et al. v. Petróleos de Venezuela, S.A., et al.*, Case No. 1:19-mc-00342-LPS;
- *ConocoPhillips Petrozuata B.V., et al. v. Petróleos de Venezuela, S.A., et al.*, Case No. 1:17-cv-00028-LPS;
- *Red Tree Investments, LLC v. Petróleos de Venezuela, S.A., et al.*, Case No. 1:22-mc-00068-LPS;
- *Red Tree Investments, LLC v. Petróleos de Venezuela, S.A., et al.*, Case No. 1:22-mc-00069-LPS;
- *OI European Group B.V. v. Bolivarian Republic of Venezuela*; Case No. 1:19-mc-00290-LPS;
- *Koch Minerals Sarl, et al. v. Bolivarian Republic of Venezuela*, Case No. 1:22-mc-00156-LPS;
- *Gold Reserve Inc. v. Bolivarian Republic of Venezuela*, Case No. 1:22-mc-00453-LPS;
- *Northrop Grumman Ship Systems, Inc. v. The Ministry of Defense of the Republic of Venezuela*, Case No. 1:20-mc-00257-LPS;

*United States District Court for the District of Delaware*
*Clerk of Court*
*April 28, 2023*
*Page 2*

- *ACL1 Investments Ltd, et al. v. Bolivarian Republic of Venezuela*, Case No. 1:21-mc-00046-LPS; and
- *Rusoro Mining Limited v. Bolivarian Republic of Venezuela*, Case No. 1:21-mc-00481-LPS.

Counsel is available should the Court have any questions or concerns.

Respectfully submitted,

*/s/ Rebecca L. Butcher*

Rebecca L. Butcher (No. 3819)