IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTRARIAN CAPITAL MANAGEMENT, L.L.C., CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN DOME DU GOUTER MASTER FUND, LP, CONTRARIAN CAPITAL SENIOR SECURED, L.P., CONTRARIAN EM II, LP, CONTRARIAN EMERGING MARKETS, L.P., BOSTON PATRIOT SUMMER ST LLC, POLONIUS HOLDINGS, LLC, EMMA 1 MASTER FUND, L.P., CONTRARIAN FUNDS, L.L.C., and E1 SP, A SEGREGATED ACCOUNT OF EMAP SPC,<br><br>                    Plaintiffs,<br>     v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>                    Defendant. | Misc. Nos.: 21-mc-00018-LPS;<br>22-mc-00131-LPS;<br>22-mc-00263-LPS |

**INTERVENOR PETRÓLEOS DE VENEZUELA, S.A.'S
CROSS-MOTION TO DISMISS FOR LACK OF JURISDICTION**

Intervenor Petróleos de Venezuela, S.A., by and through its undersigned counsel, moves to dismiss this action in its entirety for lack jurisdiction under the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1330 *et seq.* ("Cross-Motion"), pursuant to Federal Rule 12(b). The grounds for this Cross-Motion are more fully set forth in the accompanying memorandum of law, which is filed concurrently herewith.

|  |  |
|---|---|
| | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| OF COUNSEL:<br>CURTIS, MALLET-PREVOST,<br>COLT & MOSLE LLP | */s/ Samuel T. Hirzel, II*<br>Samuel T. Hirzel, II (#4415)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300 |
| Joseph D. Pizzurro (*pro hac vice*)<br>Kevin A. Meehan (*pro hac vice*)<br>Juan O. Perla (*pro hac vice*)<br>Aubre G. Dean (*pro hac vice*)<br>Allesandra D. Tyler (*pro hac vice*)<br>101 Park Avenue<br>New York, NY 10178<br>(212) 696-6000<br>jpizzurro@curtis.com<br>kmeehan@curtis.com<br>jperla@curtis.com<br>adean@curtis.com<br>atyler@curtis.com | SHirzel@hegh.law<br><br>*Attorneys for Intervenor Petróleos de Venezuela, S.A.* |

Dated: June 2, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTRARIAN CAPITAL MANAGEMENT, L.L.C., CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN DOME DU GOUTER MASTER FUND, LP, CONTRARIAN CAPITAL SENIOR SECURED, L.P., CONTRARIAN EM II, LP, CONTRARIAN EMERGING MARKETS, L.P., BOSTON PATRIOT SUMMER ST LLC, POLONIUS HOLDINGS, LLC, EMMA 1 MASTER FUND, L.P., CONTRARIAN FUNDS, L.L.C., and E1 SP, A SEGREGATED ACCOUNT OF EMAP SPC,<br><br>          Plaintiffs,<br>   v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>          Defendant. | Misc. Nos.:  21-mc-00018-LPS; 22-mc-00131-LPS; 22-mc-00263-LPS |

**[PROPOSED] ORDER**

Upon review and consideration of Plaintiffs' Motion for an Order Authorizing the Issuance of a Writ of Attachment *Fieri Facias*, D.I. 3, and supporting memorandum of law and declaration, D.I. 4-5, and Intervenor Petróleos de Venezuela, S.A.'s Opposition thereto and Cross-Motion to Dismiss for Lack of Jurisdiction under the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1330 *et seq.*, it is hereby **ORDERED** as follows:

1. Intervenor's Cross-Motion to Dismiss is **GRANTED**; and

2. Plaintiffs' Motion is **DENIED**.

**SO ORDERED** this ___ day of _____, 2023.

_____
The Honorable Leonard P. Stark
United States Circuit Judge