IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTRARIAN CAPITAL MANAGEMENT, L.L.C., CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN DOME DU GOUTER MASTER FUND, LP, CONTRARIAN CAPITAL SENIOR SECURED, L.P., CONTRARIAN EM II, LP, CONTRARIAN EMERGING MARKETS, L.P., BOSTON PATRIOT SUMMER ST LLC, POLONIUS HOLDINGS, LLC, EMMA 1 MASTER FUND, L.P., CONTRARIAN FUNDS, L.L.C., and E1 SP, A SEGREGATED ACCOUNT OF EMAP SPC,<br><br>          Plaintiffs,<br><br>  v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>          Defendant. | C.A. No. 21-mc-00018-LPS<br>C.A. No. 22-mc-00131-LPS<br>C.A. No. 22-mc-00263-LPS |

## DECLARATION OF STEPHEN C. CHILDS

I, STEPHEN C. CHILDS, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following facts are true and correct to the best of my knowledge, information, and belief:

1. I am an attorney of the law firm Abrams & Bayliss LLP, counsel to the defendant Bolivarian Republic of Venezuela (the "Republic") in the above-captioned case.

2. I respectfully submit this declaration in further support of the Brief of Bolivarian Republic of Venezuela in Opposition to Contrarian's Motion for an Order Authorizing a Writ of Attachment *Fieri Facias*.

3. Attached as Exhibit 1 is a copy of Isayen Herrera and Genevieve Glatsky, *Juan Guaido Is Voted Out as Leader of Venezuela's Opposition*, N.Y. Times (Dec. 30, 2022), *available at* https://www.nytimes.com/2022/12/30/world/americas/venezuela-opposition-juan-guaido.html.

4. Attached as Exhibit 2 is a copy of the National Assembly of the Bolivarian Republic of Venezuela, Legislative Gazette No. 66, and a certified English translation thereof.

5. Attached as Exhibit 3 is a copy of the National Assembly of the Bolivarian Republic of Venezuela, Legislative Gazette No. 68, and a certified English translation thereof.

Dated: Wilmington, Delaware
June 2, 2023

/s/ Stephen C. Childs
Stephen C. Childs
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE  19807
Telephone: (302) 778-1000

*Counsel for Defendant Bolivarian Republic of Venezuela*