**ABRAMS & BAYLISS LLP**
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Main: 302-778-1000
Fax: 302-778-1001

Christopher Fitzpatrick Cannataro

Direct Dial Number
(302) 778-9367

September 7, 2023

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States Circuit Judge
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

    Re:    September 12 Omnibus Hearing in Misc. Nos. 19-79, 21-18, 22-131, 22-263, 23-298, 23-360 & 23-261

Dear Judge Stark:

    I write on behalf of Bolivarian Republic of Venezuela (the "Republic") in the above-referenced actions. The Republic requests permission to set up a public dial-in line for the in-person omnibus hearing scheduled for September 12, 2023 at 9:30 a.m. EDT in Wilmington, DE. The Republic's request will facilitate members of the public listening to the hearing but not participating. The Republic informed the parties in the above-referenced actions of this request and has received no objection. If the Court is amenable to this request, the Republic will promptly file a letter on the docket with the public dial-in number.

    As always, I am available should the Court have any questions.

    Respectfully,

    */s/ Christopher Fitzpatrick Cannataro*

    Christopher Fitzpatrick Cannataro ((#6621)

CFC/
CC: All Counsel of Record (via CM/ECF)