**ABRAMS & BAYLISS LLP**
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Main: 302-778-1000
Fax: 302-778-1001

CHRISTOPHER FITZPATRICK CANNATARO

DIRECT DIAL NUMBER
(302) 778-9367

December 13, 2023

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States Circuit Judge
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

   Re: December 14 Omnibus Hearing in Misc. Nos. 19-mc-79, 21-mc-18, 22-mc-131, 22-mc-263, 23-mc-298, 23-mc-340, 23-mc-360, 23-mc-361, 23-mc-378, 23-mc-379, and 23-mc-397

Dear Judge Stark:

 I write on behalf of Bolivarian Republic of Venezuela (the "Republic") in the above-referenced actions enclosing dial-in information for the in-person omnibus hearing scheduled for December 14, 2023 at 2:00 p.m. ET in Wilmington, DE.

    Dial-In Number: 301.715.8592
    Meeting ID: 848 5363 8498

 As always, I am available should the Court have any questions.

         Respectfully,

         */s/ Christopher Fitzpatrick Cannataro*

         Christopher Fitzpatrick Cannataro (#6621)

CFC/
CC: All Counsel of Record (via CM/ECF)