# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTRARIAN CAPITAL MANAGEMENT L.L.C., et al., | : : : |
| *Plaintiffs*, | : Case No. 1:21-mc-00018-LPS : |
| v. | : Hon. Leonard P. Stark : : |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | : : |
| *Defendant*. | : : |

## NOTICE OF APPEAL

Notice is hereby given that Intervenor Petróleos de Venezuela, S.A., by and through its undersigned counsel, appeals to the United States Court of Appeals for the Third Circuit from the District Court's December 9, 2025 Order (D.I. 132), as well as any and all orders and decisions giving rise to that Order.

| | |
|---|---|
| OF COUNSEL: | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| Joseph D. Pizzurro (*pro hac vice*) | |
| Kevin A. Meehan (*pro hac vice*) | */s/ Samuel T. Hirzel, II* |
| Juan O. Perla (*pro hac vice*) | Samuel T. Hirzel, II (#4415) |
| CURTIS, MALLET-PREVOST, | Brendan Patrick McDonnell (#7086) |
| COLT & MOSLE LLP | 222 Delaware Avenue, Suite 900 |
| 101 Park Avenue | Wilmington, DE 19801 |
| New York, NY 10178 | (302) 472-7300 |
| (212) 696-6000 | Shirzel@hegh.law |
| jpizzurro@curtis.com | bmcdonnell@hegh.law |
| kmeehan@curtis.com | |
| jperla@curtis.com | *Attorney for Intervenor Petróleos de Venezuela, S.A.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2025, I caused a copy of the foregoing to be filed electronically via the Court's Electronic Filing System, and to be served electronically upon all counsel of record through that system.

*/s/ Samuel T. Hirzel, II*
Samuel T. Hirzel, II (#4415)
Heyman Enerio Gattuso & Hirzel LLP
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
(302) 472-7300
Shirzel@heghlaw.com
