IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTRARIAN CAPITAL MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | Case No. 1:21-mc-00018-LPS |

## NOTICE OF APPEAL

Notice is hereby given that the Bolivarian Republic of Venezuela by and through its undersigned counsel, hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's December 9, 2025 Order (D.I. 132).

| OF COUNSEL: | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP |
|---|---|
| Donald B. Verrilli, Jr.<br>Elaine J. Goldenberg<br>Ginger D. Anders<br>MUNGER, TOLLES & OLSON LLP<br>601 Massachusetts Avenue NW<br>Suite 500 E<br>Washington, DC 20001<br>(202) 220-1100<br>Donald.Verrilli@mto.com<br>Elaine.Goldenberg@mto.com<br>Ginger.Anders@mto.com | /s/ Samuel T. Hirzel, II<br>Samuel T. Hirzel, II (#4415)<br>Brendan Patrick McDonnell (#7086)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 472-7300<br>shirzel@hegh.law<br>bmcdonnell@hehg.law<br><br>Attorneys for the Bolivarian Republic of Venezuela |
| George M. Garvey<br>Adeel Mohammadi<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>(213) 683-9100<br>George.Garvey@mto.com<br>Adeel.Mohammadi@mto.com | |

Dated:  December 15, 2025